STATE OF NEW YORK        )
                                            SS.:
COUNTY OF NEW YORK  )

IAN K. HENDERSON, being sworn, says: I am not a party to the action, am over 18 years of age and reside in Queens, New York. On the 3rd day of May, 2007, I served plaintiffs' **SUMMONS and COMPLAINT and JUDGES' RULES** to the following party by depositing a true copy thereof in a post-paid wrapper, registered mail with return receipt requested, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following persons at the last known address set forth after each name below:

TO:   R.H.I., Inc.
      7397 Washington Blvd.
      Elkridge, MD 21075

_____
IAN K. HENDERSON

Sworn to before me this
4th day of May, 2007

_____
NOTARY PUBLIC

ROSA FALLON
Commissioner of Deeds
City of New York - No. 2-12032
Qualified in Kings County
Commission Expires Dec. 01, 2007