# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CV3301                                        Purchased/Filed: April 25, 2007
STATE OF NEW YORK    UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT

*The New York City District Council of Carpenters Pension Fund, et al*                    Plaintiff

against

*R.H.I., Inc.*                                                                             Defendant

STATE OF NEW YORK
COUNTY OF ALBANY   SS.:

Jessica Miller, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on May 8, 2007, at 2:00 pm, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons, Complaint and Judges' Rules on

R.H.I., Inc., the Defendant in this action, by delivering to and leaving with Carol Vogt, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 1 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40 dollars; That said service was made pursuant to Section 307 Business Corporation Law.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: 43   Approx. Wt: 118   Approx. Ht: 5'
Color of skin: White   Hair color: Brown   Sex: F   Other:

Sworn to before me on this

10th day of May, 2007

                                                            Jessica Miller

                                            Invoice•Work Order # SP0703903

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**