UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
THE NEW YORK CITY DISTRICT    :    ORDER OF
COUNCIL OF CARPENTERS         :    **DISCONTINUANCE**
PENSION FUND,                 :
                              :    07 Civ. 3301 (SAS)
                  Plaintiff,  :
                              :
         -against-            :
                              :
R.H.I., INC.,                 :
                              :
                  Defendant.  :
------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/14/07
```

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

    Plaintiff's counsel having notified the Court that the parties have reached a resolution of this action,

    IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within sixty (60) days of the date of this Order, counsel for plaintiff may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

    Plaintiff's counsel is directed to serve a copy of this Order upon his adversary.

SO ORDERED:

*[signature]*
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
            June 13, 2007

## - Appearances -

**For Plaintiff:**

Andrew R. GraBois, Esq.
O'Dwyer & Bernstein, LLP
52 Duane Street
New York, New York 10007
(212) 571-7100